SECURITY LIFE INSURANCE COMPANY OF AMERICA, Appel-
lant, v. SISTERS OF MERCY OF THE BUFFALO DIOCESE,
Respondent.

*Security Life Ins. Co. of America* v. *Sisters of Mercy of the Buf-
falo Diocese*, 146 App. Div. 884, affirmed.
(Argued February 3, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 18, 1911, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court at a Trial Term without a jury in an action to
recover upon certain bills of exchange. Also appeal
from an order of the said Appellate Division, entered
July 14, 1911, which affirmed an order of Special Term

correcting the action of the trial judge upon plaintiff's requests to find.

*Frank C. Ferguson* for appellant.

*Thomas C. Burke* for respondent.

Judgment affirmed, with costs; appeal from order dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ. Absent: GRAY, J.